IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moffitt, Christopher K | Case Number: 04 B 45058 |
|---|---|---|
| | Moffitt, Tracey A | Judge: Goldgar, A. Benjamin |
| | Printed: 1/22/08 | Filed: 12/8/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 3, 2008
Confirmed: March 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 82,520.00 | |
| Secured: | | 63,053.11 |
| Unsecured: | | 7,635.42 |
| Priority: | | 0.00 |
| Administrative: | | 1,850.00 |
| Trustee Fee: | | 3,792.47 |
| Other Funds: | | 6,189.00 |
| Totals: | 82,520.00 | 82,520.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,850.00 | 1,850.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 800.00 |
| 3. | Equity One | Secured | 39,049.10 | 39,049.10 |
| 4. | Birch Tree Manor Condo No 3 Assoc | Secured | 4,568.00 | 4,568.00 |
| 5. | Equity One | Secured | 24,448.34 | 18,636.01 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 17.00 | 102.29 |
| 7. | RoundUp Funding LLC | Unsecured | 1,251.91 | 7,533.13 |
| 8. | Capital One | Unsecured | | No Claim Filed |
| 9. | Cingular Wireless | Unsecured | | No Claim Filed |
| 10. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 14. | Ameritech | Unsecured | | No Claim Filed |
| 15. | Merrick Bank | Unsecured | | No Claim Filed |
| 16. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 17. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 71,184.35 | $ 72,538.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 55.61 |
| 4% | 461.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moffitt, Christopher K
Moffitt, Tracey A
Printed: 1/22/08

Case Number: 04 B 45058
Judge: Goldgar, A. Benjamin
Filed: 12/8/04

| | |
|---:|---:|
| 3% | 123.78 |
| 5.5% | 1,134.65 |
| 5% | 309.46 |
| 4.8% | 594.14 |
| 5.4% | 1,113.74 |
| | _____ |
| | $ 3,792.47 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_ _____